### 1480  McBRIDE vs. CITY OF GRAND RAPIDS, 47 M., 236.

Mandamus is the proper remedy to enforce the payment by municipal corporations of an official salary, the amount of which is fixed. See Nos. 1390, 1407, 1411, 1499, 1523.

### 1481  MILLER vs. BOARD OF AUDITORS (Wayne), 41 M., 4.

To compel the board to audit and allow a sum which relator claims to be due him as a part of his salary as assistant prosecuting attorney.

Granted June 3, 1879.

Held, that the board, after fixing a salary, could not change it without some further action spread upon their record, and that the fact that relator has receipted for less than he was entitled to did not amount to a waiver of his rights. Citing Douvielle vs. Supervisors, 40 M., 585 (1490).